BURT COUNTY V. STATE BOARD OF EQUALIZATION AND
ASSESSMENT.

FILED DECEMBER 19, 1930. No. 27706.

*John P. Breen* and *Ralph M. Anderson,* for plaintiff in
error.

*C. A. Sorensen, Attorney General, Homer L. Kyle* and
*Clifford L. Rein,* contra.

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON,
EBERLY and DAY, JJ.

PER CURIAM.

This is a proceeding in error brought to this court to review an order of the state board of equalization and assessment increasing the taxable value of land in Burt county.

We have carefully examined the record and find the same to be free from prejudicial error. The order appealed from is therefore

AFFIRMED.